## October 10, 1973

No. 74-43 Gene F. Michaud, PFC, U.S. Army v. United States.

On consideration of the Petition for Extraordinary Relief and of all other pleadings filed in the above-entitled action, it appearing that the convening authority has acted upon the record of petitioner's trial by general court-martial as required by Article 60, Uniform Code of Military Justice, 10 USC § 860, and that said record has been referred to the United States Army Court of Military Review for further review pursuant to Article 66(b), Uniform Code, supra, 10 USC § 866(b), it is, by the Court, this 10th day of October 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed as moot. Rhoades v. Haynes, 22 USCMA 189, 46 CMR 189 (1973).

This action is without prejudice to the right of petitioner to raise the same issue by appropriate assignment before the Court of Military Review.

## October 15, 1973

No. 73-53 Jack A. Schnell, PVT, U.S. Army v. Commander, 1st Armored Division, United States Army, Germany.

ORDERED that said petition be, and the same hereby is, dismissed as moot. Rhoades v. Haynes, 22 USCMA 189, 46 CMR 189 (1973).

## October 30, 1973

No. 73-56 Wendell E. Hawkins, PVT, U.S. Army v. United States.

ORDERED that said petition be, and the same hereby is, dismissed as moot. Rhoades v. Haynes, 22 USCMA 189, 46 CMR 189 (1973).

## November 19, 1973

No. 73-58 Thomas L. Ellison, SGT, U.S. Army v. Commander, 1st Armored Division, United States Army, Germany.

On consideration of the Petition for Extraordinary Relief and of the Reply to Order to Show Cause filed in the above-entitled action, it appearing that the respondent convening authority has acted upon petitioner's record of trial pursuant to Article 60, Uniform Code of Military Justice and has forwarded same to the United States Army Court of Military Review for review pursuant to Article 66, Uniform Code, supra, it is, by the Court, this 19th day of November 1973,

ORDERED:

That said petition be, and the same hereby is, dismissed as moot. Rhoades v. Haynes, 22 USCMA 189, 46 CMR 189 (1973).